Robert J. Gilbert
Direct Dial: (617) 948-6059
robert.gilbert@lw.com

200 Clarendon Street
Boston, Massachusetts 02116
Tel: +1.617.948.6000  Fax: +1.617.948.6001
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 17, 2021

*[Handwritten: Conference adjourned to July 8, 2021 at 4:30 P.M. So ordered. /s/ J.G. Koeltl U.S.D.J. 5/17/21]*

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Atos Syntel Inc. et al. v. Ironshore Indemnity Inc.*, Case No. 1:21-cv-01576-JGK

Dear Judge Koeltl:

We represent Plaintiffs Atos Syntel Inc., Syntel Holding (Mauritius) Ltd., and Syntel LLC in the above-captioned case. Pursuant to Your Honor's Individual Practices, we write, jointly with Defendant Ironshore Indemnity Inc., to request an adjournment of the Initial Pre-Trial Conference currently scheduled to be held on June 8, 2021. Defendant recently received a thirty-day extension to file its responsive pleading in this matter (Dkt. No. 10), which is now scheduled to be filed on or before June 4, 2021. The Parties therefore request that the Court adjourn the Initial Pre-Trial Conference for thirty days until July 8, 2021, or until such other time agreeable to the Court.

No previous requests for an adjournment of this hearing have been made. This adjournment would affect the affect no other scheduled dates in this case other than those dates – per Federal Rule of Procedure 26 – that are associated with the date of the Initial Pre-Trial Conference.

We appreciate the Court's consideration of this request.

Respectfully,

*/s/ Robert J. Gilbert*

Robert J. Gilbert
LATHAM & WATKINS LLP

cc:   All counsel of record (via ECF)