UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ATOS SYNTEL, INC., et al.,

                Plaintiffs,

21 civ 1576 (JGK)

-against-

IRONSHORE INDEMNITY, INC., et al.,
                Defendants.
-----------------------------------------------------------X

## ORDER

The pretrial conference scheduled for Thursday, July 8, 2021, at 4:30pm, is **advanced to Friday, June 4, 2021, at 12:00pm.** The Court will hold a pre-motion conference, at the new date and time. Dial-in: 888 363-4749, with access code 8140049.

The clerk is directed to close docket 17 as a letter motion.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 26, 2021