UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATOS SYNTEL INC., ET AL.,

        Plaintiffs,        21 cv 1576 (JGK)

- against -        ORDER

IRONSHORE INDEMNITY INC.,

        Defendant.

JOHN G. KOELTL, District Judge:

The defendant's motion to dismiss is due June 11, 2021. The plaintiffs' response is due July 2, 2021. The reply is due July 14, 2021. The case is stayed pending a decision on the motion to dismiss.

    SO ORDERED.

Dated:    New York, New York
          June 4, 2021

                                              John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/04/2021