Robert J. Gilbert
Direct Dial: (617) 948-6059
robert.gilbert@lw.com

200 Clarendon Street
Boston, Massachusetts 02116
Tel: +1.617.948.6000  Fax: +1.617.948.6001
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

July 1, 2021

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #: _____**
**DATE FILED: 7/1/21**

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Atos Syntel Inc. et al. v. Ironshore Indemnity Inc.*, Case No. 1:21-cv-01576-JGK

Dear Judge Koeltl:

We represent Plaintiffs Atos Syntel Inc., Syntel Holding (Mauritius) Ltd., and Syntel LLC in the above-captioned case. Pursuant to Your Honor's Individual Practices, we write – with Defendant Ironshore Indemnity Inc.'s consent – to seek an enlargement of time to file an Opposition to Defendant's pending Motion to Dismiss ("Opposition"), which is currently scheduled to be filed on or before July 2, 2021. Plaintiffs request an enlargement of time until Wednesday, July 7 to file their Opposition. Should the Court grant this enlargement request, Defendant requests leave to file its Reply to Plaintiffs' Opposition on or before July 26, 2021.

Plaintiffs have not previously submitted any extension requests in connection with their Opposition. This extension would not affect any scheduled dates in this case other than Defendant's proposed Reply to Plaintiffs' Opposition, which per the preceding paragraph, would be filed on or before July 26, 2021.

We appreciate the Court's consideration of this request.

Respectfully,

Robert J. Gilbert
LATHAM & WATKINS LLP

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.
7/1/21