UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATOS SYNTEL INC., SYNTEL HOLDING
(MAURITIUS) LTD., and SYNTEL LLC,

              Plaintiffs,

    - against -

IRONSHORE INDEMNITY INC.,

              Defendant.

21-cv-1576 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 11/26/21.

SO ORDERED.

Dated:    New York, New York
            November 11, 2021

                                        John G. Koeltl
                                 United States District Judge