

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

**Kaufman Dolowich & Voluck, LLP**
40 Exchange Place, 20th Floor
New York, New York 10005
Telephone: 212.485.9600
Facsimile: 212.485.9700
Direct Line: 646.599.9424
www.kdvlaw.com

**Peter A. Stroili**
Email: PStroili@kdvlaw.com

November 22, 2021

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/22/21

Re: *Atos Syntel, Inc., et al. v. Ironshore Indemnity Inc.*, No. 1:21-cv-01576-JGK-JLC

Dear Judge Koeltl:

Pursuant to the Court's Individual Practice Rules I.A., I.E, and I.F, the parties jointly request a one-week extension of time to file their Fed. R. Civ. P. 26(f) report, which is currently due Friday, November 26, 2021 (ECF Doc. 40), to Friday, December 3, 2021. The parties jointly request the extension because counsel for both parties will be away over the Thanksgiving holiday. The parties have not previously granted an extension of time to file their Rule 26(f) report and to the parties' knowledge no other case dates will be impacted by the extension. Thank you for the Court's consideration of the parties' request.

Very truly yours,

Kaufman Dolowich & Voluck, LLP

**/s/ *Peter A. Stroili***

Peter A. Stroili

cc: All counsel of record (via ECF)