UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATOS SYNTEL INC., ET AL.,

                    Plaintiffs,

                                        21-cv-1576 (JGK)

        - against -

                                        ORDER

IRONSHORE INDEMNITY INC., ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of

the pending fully briefed motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
          February 23, 2023

                              _____
                                    John G. Koeltl
                              United States District Judge