UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATOS SYNTEL INC., ET AL.,
                Plaintiffs,    21-cv-1576 (JGK)

- against -    ORDER

IRONSHORE INDEMNITY INC.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court appreciates the parties' notification by their letter dated September 3, 2024 (ECF No. 87), that there is a pending motion for summary judgment (ECF No. 62).

    The Court notes that the docket indicates that this case is stayed, although it is not clear why that is. The parties should deliver courtesy copies of the fully briefed motion for summary judgment as soon as possible.

SO ORDERED.
Dated:    New York, New York
          September 4, 2024

                                    John G. Koeltl
                            United States District Judge