```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ATOS SYNTEL INC., ET AL.,
                Plaintiffs,        21-cv-1576 (JGK)

    - against -               ORDER

IRONSHORE INDEMNITY INC.,
                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on **Friday, September 6, 2024**, at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:    New York, New York
           September 4, 2024

                                    John G. Koeltl
                            United States District Judge