UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATOS SYNTEL INC., ET AL.,　　　　　　　Civil Case No. 21-cv-1576 (JGK)

Plaintiffs,

- against –

IRONSHORE INDEMNITY INC.

Defendant.

[~~PROPOSED~~] FINAL JUDGMENT
AS TO PLAINTIFFS ATOS SYNTEL, INC., SYNTEL
HOLDING (MAURITIUS) LTD. AND SYNTEL, LLC

WHEREAS, Plaintiffs, Atos Syntel Inc., Syntel Holding (Mauritius) Ltd., and Syntel LLC (collectively, Plaintiffs or "Syntel"), brought this action by filing a Summons and Complaint on February 22, 2021 against the defendant, Ironshore Indemnity Inc. ("Ironshore"), for declaratory judgment and breach of contract, seeking insurance coverage for an underlying counterclaim filed by The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. against Syntel in an action styled *Syntel Sterling Best Shores Mauritius Limited, et al. v. The TriZetto Group, Inc. et al.*, Case No. 1:15-cv-00211-LGS (S.D.N.Y.) (hereinafter the "TriZetto Lawsuit") under an insurance policy bearing number 001807001 issued by Ironshore to "Syntel Inc. and subsidiaries" for the period of October 8, 2014 to October 8, 2015 ("the Ironshore Policy"), (ECF No.1).

WHEREAS, Syntel subsequently filed the operative First Amended Complaint in this action with leave of Court on May 31, 2022, (ECF No. 50).

WHEREAS, Ironshore filed its Answer and Affirmative Defenses to the Amended Complaint on June 14, 2022, (ECF No. 51).

WHEREAS, Ironshore moved for summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure (See ECF Nos. 61-66, 83-84) and Syntel opposed Ironshore's motion for summary judgment, (ECF Nos. 74-81).

WHEREAS, on September 17, 2024, the Court issued a Memorandum Opinion and Order in this action granting Ironshore's motion for summary judgment pursuant to Rule 56 of the FRCP, finding that Syntel did not provide timely notice of its claim to Ironshore, (ECF No. 90).

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

A. For the reasons set forth in the Court's Memorandum Opinion and Order dated September 17, 2024 (ECF No. 90), Ironshore's motion for summary judgment is granted, and this action is dismissed in its entirety.

B. This Court shall retain exclusive and continuing jurisdiction over the parties and over the subject matter of this action for the purposes of interpreting, implementing, and enforcing this Final Judgment.

C. The Clerk of the Court shall enter Final Judgment for Ironshore against Plaintiffs pursuant to Rule 54(b) and 58(b)(2) of the FRCP forthwith and without further notice.

Dated: September 26, 2024

_____
Honorable John G. Koeltl
United States District Judge