UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATOS SYNTEL INC., ET AL.,

               Plaintiffs,

   - against -

IRONSHORE INDEMNITY INC.,

              Defendant.

21-cv-1576 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is respectfully directed to close the case after entry of the final judgment in this case.

SO ORDERED.
Dated:   New York, New York
          September 26, 2024

                              /s/ John G. Koeltl
                              John G. Koeltl
                          United States District Judge