Timothy McLaughlin
Direct Dial: +1.617.880.4563
timothy.mclaughlin@lw.com

200 Clarendon Street
Boston, Massachusetts 02116
Tel: +1.617.948.6000  Fax: +1.617.948.6001
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

<u>**VIA ECF**</u>

October 24, 2024

Hon. John J. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Atos Syntel Inc. et al v. Ironshore Indemnity Inc.*,
<u>Case No. 1:21-cv-01576-JGK-HJR– Withdrawal of Timothy McLaughlin</u>

Dear Judge Koeltl:

    I respectfully request permission to withdraw as counsel for Plaintiffs Atos Syntel, Inc., Syntel Holding (Mauritius) Ltd., and Syntel LLC, (together "Plaintiffs") in the above-referenced case. I represent Plaintiffs in this matter along with Robert J. Gilbert and Elizabeth A. Morris, of Latham & Watkins LLP. Effective October 25, 2024, I will no longer be an associate at Latham & Watkins LLP.

    Latham & Watkins LLP will continue to represent Plaintiffs in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Plaintiffs and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

<u>/s/ *Timothy McLaughlin*</u>
Timothy McLaughlin

cc: All Counsel of Record (via CM/ECF)